# SUSSMAN & WATKINS
*- Attorneys at Law -*

---

| | | |
|---|---|---|
| MICHAEL H. SUSSMAN<br>CHRISTOPHER D. WATKINS<br>JOHN L. WESLOWSKI | 55 MAIN ST. - SUITE 6<br>P.O. BOX 1005<br>GOSHEN, NEW YORK 10924<br><br>(845) 294-3991<br>Fax: (845) 294-1623<br>sussman1@frontiernet.net | LEGAL ASSISTANTS:<br>SONNIA VAN HAASTER<br>JONATHAN GOLDMAN<br><br>PARALEGAL:<br>CLAIRE PAPELL |

11/14/11 – By ECF

Hon. Lawrence K. Baerman, Clerk
United States District – NDNY
United States Courthouse
10 Broad Street
Utica, NY 13501

    Re: *LFG National Capital, LLC v. Gary, Williams, et al.*, 1:11-cv-01260 (DNH)

Dear Mr. Baerman,

Enclosed herewith please find correspondence to the Court from lead counsel in the within matter. Said counsel are located in Los Angeles and intend to file applications to appear *pro hac vice* in support of the motion I recently made to have this matter transferred back to the Central District of California. Thank you for courtesies in this matter.

Sincerely,

Michael H. Sussman

Enc/

Cc: All counsel of record by ECF

# MINTZ LEVIN

2029 Century Park East, Suite 1370
Los Angeles, CA 90067
310-586-3200
310-586-3202 fax
www.mintz.com

Harvey I. Saferstein | hsaferstein@mintz.com

November 10, 2011

**VIA ECF**

Lawrence K. Baerman, Clerk
United States District Court
Northern District of New York
United States Courthouse
10 Broad Street
Utica, NY 13501

Re:  *LFG National Capital, LLC v. Gary, Williams, Finney, Lewis, Watson, and Sperando P.L. et al, Case No. 1:11-cv-01260-DNH-DRH*

Dear Mr. Baerman:

We represent Defendant and Counterclaimant Gary, Williams, Finney, Lewis, Watson & Sperando, P.L., and Defendants Willie Gary and Lorenzo Williams (collectively "Defendants"), in the above-referenced action. On October 24, 2011, counsel for the above-referenced action received a letter requesting that counsel advise this Court in writing if they will remain as counsel of record, and if so, directing counsel to seek admission to the United States District Court for the Northern District of New York.

Nada Shamonki, Sarah Robertson, and I will remain counsel of record for Defendants, and we will be submitting applications for admission to practice in the United States District Court for the Northern District of New York. Our applications will be sponsored by Michael Sussman of Sussman & Watkins in Goshen, New York. Mr. Sussman will take the lead in New York proceedings until the case is transferred back to Judge Gutierrez in California.

Sincerely,

Harvey I. Saferstein

HIS:jl

cc:  Nada Shamonki, Esq.

5681215v.1

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON