AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| LFG National Capital, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cv-01260-DNH-DRH |
| Gary, Williams, Finney, Lewis, Watson, etc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LFG National Capital, LLC, LawFinance Group, Inc. and LFG Servicing, LLC     .

Date: 11/14/2011

/s/ Jonathan C. Cross
*Attorney's signature*

Jonathan C. Cross, 517214
*Printed name and bar number*

30 Rockefeller Plaza
New York, NY 10112

*Address*

JCross@chadbourne.com
*E-mail address*

(212) 408-1058
*Telephone number*

(646) 710-1058
*FAX number*