AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| LFG National Capital, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:11-cv-01260-DNH-DRH |
| Gary, Williams, Finney, Lewis, Watson, etc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LFG National Capital, LLC, LawFinance Group, Inc. and LFG Servicing, LLC.

Date:   11/14/2011

/s/ Andrea L. Voelker
*Attorney's signature*

Andrea L. Voelker, 517213
*Printed name and bar number*

30 Rockefeller Plaza
New York, NY 10112

*Address*

AVoelker@chadbourne.com
*E-mail address*

(212) 408-5191
*Telephone number*

(646) 710-5191
*FAX number*