AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| LFG National Capital, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:11-cv-01260-DNH-DRH |
| Gary, Williams, Finney, Lewis, Watson, etc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LFG National Capital, LLC, LawFinance Group, Inc. and LFG Servicing, LLC                    .

Date:      11/14/2011

/s/ Scott S. Balber
*Attorney's signature*

Scott S. Balber, 517212
*Printed name and bar number*

30 Rockefeller Plaza
New York, NY 10112

*Address*

SBalber@chadbourne.com
*E-mail address*

(212) 408-5466
*Telephone number*

(646) 710-5466
*FAX number*