UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>)<br>Sarah J. Robertson )<br>)<br>)<br>TO BE ADMITTED TO THE UNITED STATES )<br>DISTRICT COURT FOR THE NORTHERN )<br>DISTRICT OF NEW YORK ) | ORDER<br><br>11 CV 1260 |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, _____Sarah J. Robertson_____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of: _____.

IT IS SO ORDERED

Dated: __11/21/11__

_____
☒ U.S. District Judge
☐ U.S. Magistrate Judge