UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LFG NATIONAL CAPITAL, LLC

            Plaintiff,                    11-CV-1260
                                                  (DHN) (DRH)

      v.

GARY, WILLIAMS, FINNEY, LEWIS, WATSON &
SPERANDO, P.L., ET AL.

            Defendants.
------------------------------------------------------------X

## APPLICATION FOR ADMISSION PRO HAC VICE OF NADA I. SHAMONKI

Michael H. Sussman, Esq., counsel of record for all Defendants and Counterclaimant hereby moves for pro hac vice appearance of Nada I. Shamonki. In support, attached hereto and incorporated thereby, are duly executed applications for admissions by Nada I. Shamonki, together with Certificate of Good Standing and Affidavit in Support.

This the 21st day of November 2011.

MICHAEL H. SUSSMAN, ESQ. (103324)
Sussman & Watkins
P.O. Box 1005
55 Main Street, Suite 6
Goshen, NY 10924
Tel: (845) 294-3991
Fax: (845) 294-1623
Email: sussman1@frontiernet.net
NYND Bar Roll Number: 103324
Local Counsel for Defendants and
Counterclaimant

TO:    Attorneys for Plaintiff and
         Counterdefendants (Via CM/ECF)

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION

OF

Nada I. Shamonki

PETITION FOR
ADMISSION TO PRACTICE

I, __Nada I. Shamonki__, being sworn, depose and say:

1. That I reside at __1244 18th Street #A__, __Santa Monica__, __CA__ __90404__ and my office address is __2029 Century Park East #1370__, __Los Angeles__, __CA__ __90067__.

2. That I was admitted to practice in the courts of the State of __California__ on __12/6/99__, by the __State Bar of California__ Department.

3. That I graduated from __UCLA__ Law School on __Year 1999__ after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
|---|---|
| Central District Court of California | 1999 |
| U.S. Court of Appeals, Ninth Circuit | 1/6/09 |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, __Nada I. Shamonki__, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __15th__ day of __November__, 20__11__.

*/s/ Nada Shamonki*
**PETITIONER**

---

[1] *Discipline Orders issued by any Court prior to executing this Petition must be attached.*

Form Date: 5/18/2011

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los ANGELES__

On __November 15, 2011__ before me, __GAIL ELEN, NOTARY PUBLIC__,
  Date                                                Here Insert Name and Title of the Officer

personally appeared __NADA I. SHAMONKI__
  Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
             Signature of Notary Public

[Notary Seal: GAIL ELEN, Commission # 1891769, Notary Public - California, Los Angeles County, My Comm. Expires Jun 4, 2014]

Place Notary Seal Above

───────────────── OPTIONAL ─────────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Petition for Admission to Practice__

Document Date: __November 15, 2011__   Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

---

I, TERRY NAFISI, Clerk of this Court, certify that

Nada I. Shamonki, Bar 205359

duly admitted to practice in this Court on ___December 6th, 1999___

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ___November 14th, 2011___
   *DATE*

TERRY NAFISI
District Court Executive-Clerk of Court

By _____
Andrea Kannike, Deputy Clerk

---

G-52 (09/08)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : __Nada I. Shamonki__

**AFFIDAVIT OF SPONSOR**

STATE OF NEW YORK
COUNTY OF __ONEIDA__

__Michael H. Sussman__, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of __Sussman & Watkins__, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: __103324__.

2. I make this affidavit in support of the admission of __Nada I. Shamonki__.

3. I have known __Nada I. Shamonki__ since ~~this year~~ October 2011, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this __21st__, day of __November__, 20__11__.

_____
SPONSOR

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF )
)
       Nada I. Shamonki               )         ORDER
)
)
TO BE ADMITTED TO THE UNITED STATES )
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF NEW YORK )

---

      Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, _____Nada I. Shamonki_____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of:
Case No. 1:11-cv-1260 (DNH/DRH)

IT IS SO ORDERED

Dated : _____

☒ U.S. District Judge
☐ U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
PLEASE TYPE

This form is used for creating new accounts (**Newly Admitted Attorneys Only**) on the Court's Electronic Case Filing System(ECF).

First Name: Nada      Middle Name: Issa

Last Name: Shamonki      If appropriate, check one:  Sr. ☐   Jr. ☐   II ☐   III ☐

Firm Name: Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

Firm Address: 2029 Century Park East #1370

City: Los Angeles      State: CA      Zip Code: 90067

Firm Phone Number: (310) 586-3200      Direct Dial Number: (310) 586-3208

Fax Number: (310) 586-3202      Internet E-Mail Address: nshamonki@mintz.com

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR:   ☐ PERMANENT   ☑ PRO-HAC VICE - Case Number Required: 1:11-cv-1260 (DNH/DRH)

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: *Nada Shamonki*

Date: 11/11/2011

| COURT USE ONLY |
| --- |
| Assigned Bar Roll # |
| Receipt # |
| Date of Admission:      /      / |
| Revised:      /      /      By: |

5/2006