UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF<br><br>Harvey I. Saferstein<br><br>TO BE ADMITTED TO THE UNITED STATES<br>DISTRICT COURT FOR THE NORTHERN<br>DISTRICT OF NEW YORK | ORDER<br><br>11 cv 1260 |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, ____Harvey I. Saferstein____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
Case No. 1:11-cv-1260(DNH/DRH)

IT IS SO ORDERED

Dated : __11/22/11__

*[signature]*
☐ U.S. District Judge
☒ U.S. Magistrate Judge