## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, I electronically filed LFG National Capital, LLC, LawFinance Group, Inc., and LFG Servicing, LLC's Memorandum of Law in Opposition to Defendants' Motion to Transfer Case, and supporting Declaration of Scott S. Balber, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel for Defendants and Counterclaimant in this action:

1. Harvey I. Saferstein - hsaferstein@mintz.com
2. Sarah J. Robertson - srobertson@mintz.com
3. Nada I. Shamonki - nshamonki@mintz.com
4. Michael H. Sussman - sussman1@frontiernet.net


By:  /s/ Andrea L. Voelker
      Andrea L. Voelker
      CHADBOURNE & PARKE LLP
      30 Rockefeller Plaza
      New York, NY  10112