## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2011, I electronically filed LFG National Capital, LLC's Reply Memorandum of Law In Further Support of Its Motion for Leave to Amend the Complaint with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel for Defendants and Counterclaimant in this action:

1. Harvey I. Saferstein - hsaferstein@mintz.com
2. Sarah J. Robertson - srobertson@mintz.com
3. Nada I. Shamonki - nshamonki@mintz.com
4. Michael H. Sussman - sussman1@frontiernet.net

By:  /s/ Andrea L. Voelker
      Andrea L. Voelker
      CHADBOURNE & PARKE LLP
      30 Rockefeller Plaza
      New York, NY  10112