## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed Defendants' Reply In Support Of Motion to Transfer Case with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel for Plaintiff and Counterdefendants in this action:

1. Andrea L. Voelker - avoelker@chadbourne.com
2. Jonathan C. Cross - jcross@chadbourne.com
3. Robert A. Schwinger - rschwinger@chadbourne.com
4. Scott S. Balber - sbalber@chadbourne.com

By: _____
Sarah J. Robertson

5766407v.1